SHUTTLESWORTH *v.* CITY OF BIRMINGHAM.

No. 168.   Argued February 27, 1964.—Decided March 9, 1964.

*Jack Greenberg* argued the cause for petitioner.   With him on the brief were *James M. Nabrit III, Peter A. Hall* and *Orzell Billingsley, Jr.*

*J. M. Breckenridge* argued the cause and filed a brief for respondent.

PER CURIAM.

The judgment of the Court of Appeals of Alabama is reversed.   *Cole* v. *Arkansas,* 333 U. S. 196; *Williams* v. *Georgia,* 349 U. S. 375.

MR. JUSTICE WHITE took no part in the consideration or decision of this case.